# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.            **ORDER**
                Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,
(4) NANA OSEI-TUTU,
(6) FATA LEETA SARNOR DAVID, and
(9) OLUGBENGA TEMIDAGO ADENIRAN,

    Defendants.

This matter was before the Court on September 29, 2011, for a status conference. During the conference this Court ordered a continuance of the trial date to February 7, 2012, and the defendants, including Defendants Julian Okeayainneh, Nana Osei-Tutu, Fata Leeta Sarnor David, and Olugbenga Temidago Adeniran, waived their rights to a speedy trial, allowing the Court to exclude the continuance from the Speedy Trial Act computations in this case. Although the Court weighed the need for a continuance based on the unusual complexity of the case and the need for time for the parties to adequately prepare for trial against Defendants' and the public's interest in a speedy trial, the Court

did not contemporaneously explicitly state those reasons on the record when continuing the trial. In the interest of completing the record, the Court now explicitly articulates the basis upon which it granted the continuance on September 29, 2011.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of the continuance in this matter outweigh the best interest of the public and Defendants in a speedy trial. This finding is based on the Court's findings that this is an unusually complex case. There are thirteen defendants in this indictment alone, many with an unusual plethora of identities and aliases. This case involves allegations of an identity theft conspiracy that spanned half a decade and stretched across the nation. The case has an international reach and is unusually document intensive. The failure to grant this continuance would unreasonably deny both Defendants and the Government the reasonable time necessary for effective preparation for trial, even while exercising due diligence.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

(1) Trial in this matter will commence on February 7, 2012; and

(2) the period from September 29, 2011, through February 7, 2012, shall be excluded from the Speedy Trial Act computations in this case.

Dated: January 24, 2012            s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court