# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

       Plaintiff,

v.                            **ORDER**
                              Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH and
(9) OLUGBENGA TEMIDAGO ADENIRAN,

       Defendant.

Ann M. Anaya and Lola Velazquez-Aguilu, Assistant United States Attorneys, Counsel for Plaintiff.

Jean M. Brandl, Cloutier & Brandl, P.A., Counsel for Defendant Okeayainneh.

Daniel Mohs, Law Office of Daniel Mohs, Counsel for Defendant Adeniran.

       The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 24, 2012. Defendants both filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Keyes dated January 24, 2012.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 24, 2012 [Docket Nos. 589, 590].

2. Defendant Okeayainneh's Motion for Dismissal Based on the Speedy Trial Act [Docket No. 577] is **DENIED**.

3. Defendant Adeniran's Second Motion to Dismiss the Indictment for Violation of the Speedy Trial Act [Docket No. 581] is **DENIED**.

Dated: February 1, 2012        s/Michael J. Davis
                               Michael J. Davis
                               Chief Judge
                               United States District Court