# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                               Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,
(4) NANA OSEI-TUTU,
(6) FATA LEETA SARNOR DAVID, and
(9) OLUGBENGA TEMIDAGO ADENIRAN,

      Defendants.

In the interest of efficiency and the administration of justice, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

By 9:00 a.m., Tuesday, February 7, 2012, the Government shall provide to the Court, and to each defense counsel, an enhanced witness list. This enhanced witness list shall list each witness the Government intends to call, the counts of the Third Superseding Indictment that relate to that witness's testimony, and a list of what exhibits will be coming in through that witness and/or will be reviewed by that witness.

Dated: February 6, 2012        s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court