UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JULIAN OKEAYAINNEH,

Defendant.

CRIMINAL NO. 11-87 (MJD/JJK)

**SECOND PRELIMINARY ORDER OF FORFEITURE AS TO DEFENDANT OKEAYAINNEH**

Based on the United States' Motion for a Second Preliminary Order of Forfeiture; on the criminal conviction of the Defendant on Counts: 1, 3-5, 8, 11, 13-19, 21-27, 29-30, and 38-41 of the Third Superseding Indictment; on the evidence and testimony presented at trial in this matter; on the Court having found that certain property is subject to forfeiture as a substitute asset pursuant to 21 U.S.C. § 853(p) and Rule 32.2(e); and on the Court's determination that, based on the conviction of the Defendant and based on all of the files and records of this proceeding, the government demonstrated that it is entitled to forfeit the property described below from Defendant Okeayainneh as a substitute asset, IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Second Preliminary Order of Forfeiture as to Defendant Okeayainneh [Docket No. 798] is **GRANTED;**

2. the following property is forfeited to the United States as a substitute asset pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), in partial satisfaction of the $648,195 money judgment forfeiture against Defendant Okeayainneh:

$2,902.00 in U.S. currency;

3. Defendant Okeayainneh shall be given a credit against the $648,195 money judgment against when the above-described property is finally forfeited in this action;

4. the Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

5. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: October 3, 2012          s/ Michael J. Davis
                                Michael J. Davis, Chief Judge
                                United States District Court