UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Criminal. No. 11-87 (MJD/JJK)

    Plaintiff,

**FINAL ORDER OF FORFEITURE**

v.

12. SUNDAYGA DEXTER ROBERTS,

    Defendant.

WHEREAS, on July 31, 2012, this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853(p), forfeiting the following property to the United States,:

    r.    $10,023.00 in U.S. currency; and

    s.    $520.00 in U.S. currency.

WHEREAS, this Court's July 31, 2012 Preliminary Order of Forfeiture also imposed a $10,543.00 personal money judgment against Defendant Roberts, against which he shall be given credit for the net forfeited value of each asset that is finally forfeited in this action;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 4, 2012, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Final Order of Forfeiture [Docket No. 830] is GRANTED;

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853(p);

    r.     $10,023.00 in U.S. currency; and

    s.     $520.00 in U.S. currency; and

3. the above property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 14, 2012        s/ Michael J. Davis
                                                MICHAEL J. DAVIS, Chief Judge
                                                United States District Court