UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                **ORDER**
                                Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,

      Defendant.

Julian Okeayainneh, pro se.

      This matter is before the Court on Defendant Julian Okeayainneh's Pro Se Motion to Compel Ann Anaya (AUSA) (Prosecutor) to Turn over a Copy of All Prosecutors Power Point Presentation During Trial. [Docket No 951] Defendant asserts that he needs copies of the PowerPoint presentation that the Government used during his trial in order to litigate his appeal. He claims that the PowerPoint presentation has not been filed with the Eighth Circuit Court of Appeals.

      Defendant attaches a document entitled "Freedom of Information Act Request" to his motion. This document states that it is directed to the "District of

Minnesota/Dist Court" and requests a copy of the docket sheet in Okeayainneh's criminal case from August 13, 2012 to the present and a copy of the PowerPoint presentation used by the Government during trial and during its closing statement.

With regard to Defendant's request for a copy of the Government's PowerPoint presentation, his case is currently on appeal before the Eighth Circuit Court of Appeals. That court has jurisdiction over his case, and is in the best position to ascertain his need for that presentation in order to litigate his appeal. That appellate court has the power to make the decision regarding whether or not the Government should be required to provide the PowerPoint presentation to Okeayainneh. Thus, this Court will deny the request, without prejudice to Okeayainneh's ability to direct his request to the Eighth Circuit Court of Appeals.

Regarding Okeayainneh's request for a copy of the docket sheet in his case, the Court cannot provide free copies of documents to attorneys or parties in a case. All parties are required to pay the appropriate fees. Each document however does have a cap on the fee to allow everyone equal access to documents. Okeayainneh or, if he is represented, his attorney, may consider also obtaining a

PACER (Public Access to Court Electronic Records) account. This count will allow Okeayainneh to look at the documents for free on-line. A nominal fee will be charged to print documents from the system in hard copy.

http://www.pacer.gov/

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

> Defendant Julian Okeayainneh's Pro Se Motion to Compel Ann Anaya (AUSA) (Prosecutor) to Turn over a Copy of All Prosecutors Power Point Presentation During Trial [Docket No 951] is **DENIED**.

Dated: May 31, 2013  s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court