# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        **ORDER**
        Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,

        Defendant.

Lola Velazquez-Aguilu, Assistant United States Attorney, Counsel for Plaintiff.

Julian Okeayainneh, pro se.

        This matter is before the Court on Julian Okeayainneh's Pro Se Motion for Permission to File a Belated Notice of Appeal.  [Docket No. 1007]

        Judgment in this case was filed on August 15, 2012.  [Docket No. 759] Okeayainneh, through his defense counsel, filed a Notice of Appeal on August 24, 2012, which challenged both his conviction and his sentence.  [Docket No. 770]  The appeal was fully briefed by the end of September 2013.

On September 9, 2013, Okeayainneh filed the current motion requesting permission to file a pro se Notice of Appeal raising issues regarding his request for a transcript of the Grand Jury proceedings.

Okeayainneh's motion is denied. Defendant already filed a timely Notice of Appeal in August 2012. At that time, jurisdiction of this case vested with the Eighth Circuit Court of Appeals. To the extent that Defendant seeks to brief additional issues with the appellate court, that request must be raised with the appellate court.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

Julian Okeayainneh's Pro Se Motion for Permission to File a Belated Notice of Appeal [Docket No. 1007] is **DENIED**.

Dated: October 25, 2013                    s/ Michael J. Davis
                                           Michael J. Davis
                                           Chief Judge
                                           United States District Court